```
PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

FILED
May 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | ORDER |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 408-854-2752 | 2:21-sw-0869-AC |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 669-261-4489 | 2:22-sw-0094-KJN |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548 | 2:21-sw-0747-DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548 | 2:21-sw-0804-KJN |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548 | 2:21-sw-0873-AC |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548 | 2:22-sw-0015-DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548 | 2:22-sw-0095-KJN |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: May 4, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER